# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN,<br><br>        Petitioner,<br><br>    v.<br><br>J. PICKETT, Warden,<br><br>        Respondent. | Case No. CV 20-09726 PA (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on November 19, 2021, to which Petitioner has objected. The Court is not persuaded by Petitioner's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: January 14, 2022

                                                      PERCY ANDERSON
                                                      UNITED STATES DISTRICT JUDGE