1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11   JOSEPH DURAN,                    CASE NO. CV 20-09726 PA (RAO)
12                Petitioner,
13         v.                         JUDGMENT
14   J. PICKETT, Warden,
15                Respondent.
16

17         Pursuant to the Court's Order Accepting Findings, Conclusions, and
18   Recommendations of United States Magistrate Judge,
19         IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action
20   is dismissed with prejudice.
21
22
23   DATED:  January 14, 2022      _____
24                                 PERCY ANDERSON
25                                 UNITED STATES DISTRICT JUDGE
26
27
28